# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GLENN BEDNAREK,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>KOHL'S DEPARTMENT STORES,<br>INC. GROUP HEALTH PLAN and<br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>　　　　　　　　Defendants. | Case No. 17-CV-612-JPS<br><br><br><br>**ORDER** |

　　　　On May 22, 2017, the parties filed a joint stipulation of dismissal from this action of defendant Kohl's Department Stores, Inc. Group Health Plan with prejudice. (Docket #6). The Court herewith adopts that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

　　　　Accordingly,

　　　　**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #6) be and the same is hereby **ADOPTED**; defendant Kohl's Department Stores, Inc. Group Health Plan be and the same is hereby **DISMISSED with prejudice.**

　　　　Dated at Milwaukee, Wisconsin, this 24th day of May, 2017.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　J.P. Stadtmueller
　　　　　　　　　　　　　　　　　　U.S. District Judge